UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _JBM_ D.C.

05 SEP 20 PM 2:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. ~~05-20251-Ma~~ 01-20325 |
| ) | |
| GRADY REGINALD JOHNSON, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, Assistant United States Attorney applies to the Court for a Writ to have Grady Reginald Johnson, R & I # 131073, B/M, DOB 12/4/1964, SSN 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, now being detained at the Shelby County Correctional Center, Memphis, Tennessee, to appear before the Honorable U.S. District Judge Samuel H. Mays on September 21, 2005, at 9:30 a.m., for Re-Sentencing and for such other appearances as this Court may direct.

Respectfully submitted this 20th day of September, 2005.

_____
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND GEORGE LITTLE, WARDEN.

YOU ARE HEREBY COMMANDED to have GRADY JOHNSON, appear before the HONORABLE U.S. MAGISTRATE JUDGE SAMUEL H. MAYS on the date and time aforementioned.

ENTERED this 20 day of September, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-20-05

211

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 211 in case 2:01-CR-20325 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Honorable Samuel Mays
US DISTRICT COURT